56IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JANE DOE,

        Plaintiff,

  v.                                Civil Action 2:22-cv-4344
                                      Judge Edmund A. Sargus
                                      Magistrate Judge Kimberly A. Jolson

UNITEDHEALTHCARE LIFE
INSURANCE CO.,

        Defendant.

**<u>ORDER</u>**

      This matter is before the Court on Plaintiff's Motion for Leave to proceed under a pseudonym (Doc. 2).  When determining whether to permit a party to proceed anonymously, a court may consider, among others, the following factors: (1) whether the plaintiffs seeking anonymity are suing to challenge governmental activity; (2) whether prosecution of the suit will compel the plaintiffs to disclose information of the utmost intimacy; (3) whether the litigation compels plaintiffs to disclose an intention to violate the law, thereby risking criminal prosecution; and (4) whether the plaintiffs are children.  *Doe v. Porter,* 370 F.3d 558, 560 (6th Cir. 2004) (internal quotes omitted).

      Upon careful review, the Court does not find that the Plaintiff's interest in anonymity satisfies the heavy burden she must carry to avoid the standard obligation to identify herself.  Here, Plaintiff filed her action under the Employee Retirement Income Security Act of 1974 ("ERISA") and asserts that anonymity is necessary to avoid the release of "exceedingly personal and private"

information included in the Administrative Record to be filed with the Court. (Doc. 2 at 1). Undoubtedly, the medical records included in the Record contain confidential information, but sealing the Record would be a much more efficient means of maintaining privacy than redacting Plaintiff's name from everything.

Accordingly, Plaintiff's Motion (Doc. 2) is **DENIED.** As an alternative, Plaintiff may move to have the administrative record and other confidential documents filed under seal. Plaintiff is **ORDERED** to remove her pseudonym from the Complaint (Doc. 1) and refile the Complaint with her legal name **on or before December 23, 2022.**

IT IS SO ORDERED.


Date: December 15, 2022         /s/ Kimberly A. Jolson
                                KIMBERLY A. JOLSON
                                UNITED STATES MAGISTRATE JUDGE